# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136628

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                         SC: 136628
                                                          COA: 282559
                                                          Wayne CC: 03-011173

DEANDRE KNIGHT,
            Defendant-Appellant.
_____/

     On order of the Court, the application for leave to appeal the May 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020